JS 44 (Ecw.7/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM).

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
JORDAN M. ANGER, AUSA
United States Attorney's Office
970 Broad St., Room 700
Newark, New Jersey 07102

## DEFENDANTS
SPRING TIME MATTRESS & BEDDING CORP.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _Bergen_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | []1 | []1 | Incorporated or Principal Place | □4 | □4 |
| Citizen of Another State | □2 | []2 | Incorporated and Principal Place of Business in Another State | □5 | □5 |
| Citizen or Subject of a Foreign Country | []3 | []3 | Foreign Nation | □6 | □6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 U.S.C. § 1345 - United States as Plaintiff

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [] 610 Agriculture | [] 422 Appeal 28 U.S.C. 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | [] 310 Airplane | [] 362 Personal Injury Med. Malpractice | [] 620 Other Food and Drug | | [] 410 Antitrust |
| ☐ 130 Miller Act | [] 315 Airplane Product Liability | [] 365 Personal Injury Product Liability | [] 625 Drug Related Seizure at Property 21 U.S.C. 881 | [] 423 Withdrawal 28 U.S.C. 157 | [] 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | [] 320 Assault, Libel and Slander | [] 368 Asbestos Personal Injury Prod. Liab. | [] 630 Liquor Laws | | [] 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment and Enforcement of Judgment | [] 330 Federal Employers' Liability | | [] 640 R.R. and Truck | **PROPERTY RIGHTS** | [] 460 Deportation |
| ☐ 151 Medicare Act | [] 340 Marine | **PERSONAL PROPERTY** | [] 650 Airline Regs. | | [] 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [] 345 Marine Product Liability | [] 370 Other Fraud | [] 660 Occupational Safety/Health | [] 820 Copyrights | [] 810 Selective Service |
| ☐ 153 Recovery of Overpayment at Veteran's Benefits | [] 350 Motor Vehicle | [] 371 Truth in Lending | [] 690 Other | [] 830 Patent | [] 850 Securities/ Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | [] 355 Motor Vehicle Product Liability | [] 380 Other Personal Property Damage | | [] 840 Trademark | [] 875 Customer Challenge 12 U.S.C. 3140 |
| ☒ 190 Other Contract | [] 360 Other Personal Injury | [] 385 Property Damage Prod. Product Liability | **LABOR** | **SOCIALSECURITY** | [] 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | [] 710 Fair Labor Standards Act | [] 861 HIA (1395ff) | [] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITION** | | [] 862 Black Lung(923) | [] 893 Environmental Matters |
| | | | [] 720 Labor/Mgmt. Relations | [] 863 DIWC/DIWW (405(g)) | [] 894 Energy Allocation Act |
| | | | | [] 864 SSID Title XVI | [] 895 Freedom of Information Act |
| | | | [] 730 Labor/Mgmt. Reporting and Disclosure Act | [] 865 RSI (405(g)) | [] 900 Appeal of Fee Determ. Under Equal Access to Justice |
| [] 210 Land Condemnation | [] 441 Voting | [] 510 Motions to Vacate Sentence Habeas Corpus: | [] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [] 950 Constitutionality of State Statutes |
| [] 220 Foreclosure | [] 442 Employment | | | | |
| [] 230 Rent Lease and Ejectment | [] 443 Housing/Accommodations | [] 530 General | [] 790 Other Labor Litigation | [] 870 Taxes (U.S. Plaintiff or Defendant) | [] 890 Other Statutory Actions |
| [] 240 Torts to Land | [] 444 Welfare | [] 535 Death Penalty | [] 791 Empl. Ret. Inc. Security Act | [] 871 IRS - Third Party 26 U.S.C. 7609 | |
| [] 290 All Other Real Property | [] 440 Other Civil Rights | [] 540 Mandamus and Other | | | |
| | | [] 550 Other (including 1983 Actions) | | | |

## VI. ORIGIN
[x] 1 Original Proceeding
[] 2 Removed from State Court
[] 3 Remanded from Appellate Court
[] 4 Reinstated or Reopened
[] 5 Transferred from another district (specify)
[] 6 Multidistrict Litigation
[] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
[] UNDER F.R.C.P. 23

DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [] YES [] NO

## VII. RELATED CASE(S) IF ANY
(See instructions):

DATE: 11/1/2019

SIGNATURE OF ATTORNEY OF RECORD
JORDAN M. ANGER, Assistant United States Attorney

CRAIG CARPENITO
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
Email: jordan.anger@usdoj.gov
(FLU:YH)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **HON.** |
| *Plaintiff,* | : | *Civil Action No.* |
| v. | : | **COMPLAINT** |
| SPRING TIME MATTRESS & BEDDING CORP. D/B/A SPRINGTIME BEDDING, INC., | : | |
| *Defendant.* | | |

      CRAIG CARPENITO, United States Attorney for the District of New Jersey, on behalf of plaintiff, United States of America, for its Complaint against defendant, SPRING TIME MATTRESS & BEDDING CORP., says that:

    1.    This is a civil action brought on behalf of the United States of America and this Court has jurisdiction under the provisions of 28 U.S.C. Section 1345.

    2.    The defendant resides in Teterboro, within the state and district of New Jersey.

    3.    Defendant owes plaintiff the principal sum of $121,223.75, plus interest, as more fully set forth on the Certificate of Indebtedness attached hereto as Exhibit "A".

    4.    Due demand has been made for payment.

THEREFORE, plaintiff demands judgment against defendant as follows:

a. In the amount of $214,908.75 ($121,223.75 principal, $5,217.37 interest accrued through April 4, 2019); $31,304.25 penalty, and $57,163.38 administrative fees;

b. Interest to accrue at the rate of 1% per annum from April 05, 2019 to date of judgment;

c. Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

d. Costs of suit; and

e. For such other relief as this Court may deem just.

CRAIG CARPENITO
UNITED STATES ATTORNEY

By: *[signature]*
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY




U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF HOMELAND SECURITY
HOMELAND SECURITY INVESTIGATIONS
OFFICE OF SPECIAL AGENT IN CHARGE
<u>CERTIFICATE OF INDEBTEDNESS</u>

SPRING TIME MATTRESS & BEDDING CORP.
D/B/A SPRINGTIME BEDDING, INC.
25 CENTRAL AVENUE
TETERBORO, NJ 07608
**TIN: 27-4200667**

**RE: Agency Debt ID Nos.: TRFM1600249900/19-783391B**

I hereby certify, as part of my duties with the U.S. Department of the Treasury (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Department of Homeland Security (DHS) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the debt owed by Spring Time Mattress & Bedding Corporation (DEBTOR) to DHS.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of DHS based on his/her knowledge at or near the time the events were recorded, including the review of Section 274A of the Immigration and Nationality Act, a person or entities determined to have knowingly continued to employ an unauthorized alien in the United States, by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE) violations. Treasury's regular business practice is to receive, store and rely on the documents provided by DHS, when debts are referred to Treasury for collection activities, including litigation.

On October 31, 2014, DHS issued a Notice of Intent to Fine against the DEBTOR in the amount of $121,223.75 with an annual interest rate of 1.00% and an annual penalty rate of 6.00% for 127 counts of violations of Section 274A of the Act, a person or entities determined to have knowingly continued to employ an unauthorized alien in the United States. The Notice of Intent to Fine was served upon the DEBTOR on November 3, 2014. According to DHS historical records the debt became delinquent on January 23, 2015.

DHS referred the claim to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) to collect the delinquent debt on July 19, 2016. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from DHS.



"A"



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF HOMELAND SECURITY
HOMELAND SECURITY INVESTIGATIONS
OFFICE OF SPECIAL AGENT IN CHARGE
<u>CERTIFICATE OF INDEBTEDNESS</u>

On April 3, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $121,223.75 with daily interest of $3.32 and daily penalty of $19.23. As of April 4, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 121,223.75 |
| Interest (@1.00%): | $   5,217.37 |
| Penalty (@6.00%): | $  31,304.25 |
| Admin Fees: | $  57,163.38 |
| **Total:** | **$ 214,908.75** |

The balance stated in the case listed above is current as of April 4, 2019, including any applicable interest, penalties, administrative fees, and DMS & DOJ fees (pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by DHS and information contained in Treasury's records.

4/4/2019

X _Natalie R. Stubbs_

Signed by: Natalie R. Stubbs
Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Debt Management Services